AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

ORLANDO MARTINEZ,

    Plaintiff,

v.

WASHOE COUNTY, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00015-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed based on Plaintiff's failure to file an amended complaint in compliance with the Court's June 7, 2016 order (ECF No. 6), and for failure to state a claim.

August 30, 2016                                                     **LANCE S. WILSON**
                                                                                     Clerk

                                                                                      /s/ K. Rusin
                                                                                    Deputy Clerk